# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

August 10, 2016

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Jack Smith
Chapter 13 Bankruptcy Case No. 1-14-00635 MDF

Dear Clerk:

Please be advised that the address for Jack Smith has changed to the following:

JACK SMITH
310 CHERRY LANE DRIVE
CHAMBERSBURG PA 17202

The Debtors previous address was as follows:

JACK SMITH
124 GINGKO COURT
CHAMBERSBURG PA 17201

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

cc: Charles J. Dehart, III Chapter 13 Trustee
Via E-Service