## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jack Lyle Smith <br> Debtor(s) | BKY. NO. 14-00635 MDF <br><br> CHAPTER 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2591

                                                  Respectfully submitted,

                                          **/s/ Thomas Puleo**
                                          Thomas Puleo, Esquire
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406
                                          Attorney for Movant/Applicant